UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X   Index No.: 11-CV-0293
STATE OF NEW YORK,                                          (KMK/LMS)
                          Plaintiffs,

          - against -                         **RULE 7.1 STATEMENT**

TOWN OF CLARKSTOWN, et al.
                          Defendants.
------------------------------------------X
ALLIED WASTE NORTH AMERICA, INC., et
al.,
          Settling Defendants/Third-
          Party Plaintiffs

          - against -

AALBORG INSTRUMENTS & CONTROLS, INC.;
ALSTOM INC.; BALFOUR BEATTY; CVS
CAREMARK CORP.; CAPASSO CARTING CO.,
INC.; CORNETTA'S RESTAURANT 7 MARINA
INC.; DEVELOPMENT ENTERPRISES, INC.;
EASTMAN CHEMICAL CO.; EDROY PRODUCTS
CO., INC.; FRANK J. TUCEK &
CONTRACTING CORP.; ILLINOIS TOOL
WORKS INC.; INERTIA SWITCH, INC.;
INTERNATIONAL ADVANCED MATERIALS,
INC.; INTERSTATE WASTE SERVICES INC.;
ADVANCED DISPOSAL SERVICES, INC.; IRA
D. CONKLIN & SONS, INC.; CONKLIN
SERVICES & CONSTRUCTION INC.; JOMAR
INDUSTRIES INC.; LARSON-METERCRAFT
INC.; LOUIS HORNICK & CO.; MANCUSO
CONSTRUCTION & REMODELING CORP.;
MIELE SANITATION CO.; OPTICON, INC.;
PSC, LLC; PLASTIC-CRAFT PRODUCTS
CORP.; ROCKLAND COUNTY IRON WORKS,
INC.; SCHULTZ FORD LINCOLN INC.;
STAR KAY WHITE, INC.; SWIVELIER CO.;
INC.; TAPPAN WIRE & CABLE, INC.; U.S.
POLYCHEMICAL CORP.; UNITED ROCKLAND
STAIRS CO.; UTILITY ENGINEERING CO.;
W. HARRIS & SON, INC.; and WARD
PAVEMENTS, INC.,
                   Third-Party Defendants
------------------------------------------X

                          1

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Interstate Waste Services, Inc. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

        The Action Environmental Group, Inc.

Dated:     May 29, 2015

                              Yours, etc.,

                              BURNS, RUSSO, TAMIGI &
                              REARDON, L.L.P.

                              By: _____
                                  PETER F. TAMIGI
                                  Attorneys for Third-
                                    Defendant
                                  INTERSTATE WASTE
                                   SERVICES, INC.
                                  390 East Old Country Road
                                  Garden City, NY 11530
                                  (516) 746-7371
                                  Our Reference: AEG 15851
                                  Attorney Bar code: 5929

## AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK)
                 )  ss.:
COUNTY OF NASSAU )

**ELOISE HARDY**, being duly sworn, deposes and says:

I am not a party to this action, I am over 18 years of age, and I reside in Nassau, New York.

On May 29, 2015, I served the within **RULE 7.1 STATEMENT** upon the parties listed below at the addresses designated by said attorneys for that purpose by depositing a true copy of same enclosed in a postpaid, properly addressed wrapper, in an official depositary under the exclusive care and custody of the United States Postal Service within the State of New York.

TO:   THE JUSTIS LAW FIRM LLC
      Attorneys for Settling Defendants/
      Third-Party Plaintiffs
      10955 Lowell Avenue, Suite 520
      Leawood, KS 66211-7820
      (913) 955-3712
      (913) 955-3711
      EMAIL: gjustis@justislawfirm.com

_____
                    **ELOISE HARDY**

Sworn to before me this
29th day of May, 2015

_____
        NOTARY PUBLIC

CLAUDE H CASSEUS
Notary Public, State of New York
    No. 01CA6169173
  Qualified in Nassau County
Commission Expires June 18, 2016