UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **STATE OF NEW YORK, et al.,**<br><br>    Plaintiffs,<br><br>    v.<br><br>**TOWN OF CLARKSTOWN, et al.,**<br><br>    Defendants. | **CIVIL NO. 11-CV-0293 (KMK/JCM)**<br><br>**ORDER** |
| **ALLIED WASTE NORTH AMERICA INC., et al.**<br><br>    Settling Defendants/Third-Party Plaintiffs,<br><br>    v.<br><br>**AM COSMETICS CORP. et al.,**<br><br>    Third-Party Defendants. | |

## ORDER

Upon the Motion to Dismiss Third-Party Defendant Plastic-Craft Products Corp., and for good cause shown, Plastic-Craft Products Corp. is dismissed from this cause with prejudice, each party to bear its own costs.

**SO ORDERED.**

Dated:_____

_____
United States District Judge
Kenneth M. Karas